UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MASSACHUSETTS LOBSTERMEN'S ASSOCIATION, *et al.*, | ) | |
| Plaintiffs, | ) | Civil Action No. 1:17-cv-406-JEB |
| v. | ) | |
| WILBUR J. ROSS, JR., *et al.*, | ) | |
| Defendants. | ) | |

**FEDERAL DEFENDANTS' NOTICE OF ENTRY OF APPEARANCE**

Pursuant to LCvR 83.2(e), 83.2(h), and 83.6, please enter the appearance of DAVENÉ D. WALKER as counsel for Federal Defendants. Ms. Walker is an active member of the State Bar of Georgia (No. 153042) and is registered for Electronic Case Filing with this Court.

Service of all pleadings, documents, or other papers herein, exclusive of original process, may be made on Ms. Walker as follows:

Davené D. Walker
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 353-9213
Facsimile: (202) 305-0506.

Service of all express deliveries may be made as follows:

Davené D. Walker
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W.
Room 3818

Washington, D.C. 20004.

Respectfully submitted, this 11th day of April 2017.

Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

*s/ Davené D. Walker*
DAVENÉ D. WALKER
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 353-9213
Facsimile: (202) 305-0506
Email: davene.walker@usdoj.gov

Counsel for Federal Defendants