UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MASSACHUSETTS LOBSTERMEN'S ASSOCIATION, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>WILBUR J. ROSS, JR., *et al.*,<br><br>        Defendants. | Civil Action No. 1:17-cv-406-JEB |

## JOINT STATUS REPORT

Federal Defendants and Plaintiffs respectfully submit this joint status report pursuant to the Court's January 10, 2018 Order.

Federal Defendants have no additional information to provide the Court at this time about recommendations from the Department of Interior or the Department of Commerce concerning the Northeast Canyons and Seamounts Marine National Monument or about Presidential review of such recommendations. Therefore, the parties agree that the stay can be lifted to allow this litigation to proceed.

With respect to scheduling, the parties are in agreement regarding a proposed deadline for the Federal Defendants to file their response to the pending Motion to Intervene, ECF No. 7, and propose that the Court set a deadline of March 19, 2018 for that response.

The parties are not in agreement regarding a proposed deadline for the Federal Defendants to file their answer or move to dismiss, and therefore set forth their separate proposals and explanation below.

**Federal Defendants' Position:**

Federal Defendants propose that the deadline for filing an answer or a motion to dismiss the Complaint be set for 45 days after the Courts' ruling on the pending Motion to Intervene. Federal Defendants submit that the motion to intervene should be decided as a preliminary matter, before the deadline for Defendants to respond to the complaint. Federal Defendants' response could be an answer or a motion to dismiss. If a motion is filed in lieu of an answer, any intervenors allowed to participate in this action should have an opportunity to participate in that briefing. Federal Defendants' proposal allows for an orderly resolution of the Motion to Intervene prior to the next steps in this action.

**Plaintiffs' Position:**

Plaintiffs have waited nearly a year for Defendants to respond to their complaint and oppose any further unnecessary delay. The complaint was filed on March 7, 2017 and served on Defendants on March 23, 2017. When the Court issued the stay, Defendants had 10 days remaining to respond to the complaint. Recognizing that the government may need additional time, Plaintiffs propose that the answer should be due 30 days after the stay is lifted.

Defendants, however, propose to further delay their response until after the Court resolves the pending motion to intervene, with the answer due 45 days after that motion is decided. That further delay is unnecessary for several reasons. First, under the Federal Rules of Civil Procedure, the filing of a motion to intervene does not affect the time for filing an answer. Second, the pendency of the motion to intervene is no obstacle to Defendants' ability to prepare their response to the complaint. Applicant-Intervenors moved to intervene as defendants in this case and have already filed their proposed answer, which raises no claims against Defendants. Therefore, the resolution of that motion should not affect the deadline for Defendants' answer.

Third, 45 days after the resolution of the motion to intervene is excessive considering Defendants have had 351 days since being served with the complaint to formulate their response.

Finally, Federal Defendants note that Presidential action affecting the existing monument designation may occur in the future. Because such action has the potential to affect this litigation, Federal Defendants will provide appropriate notice of any future action to the Court and the parties.

Respectfully submitted, this 9th day of March 2018.

| | |
|---|---|
| PACIFIC LEGAL FOUNDATION | JEFFREY H. WOOD<br>Acting Assistant Attorney General<br>Environment and Natural Resources Division |
| *s/ Jonathan Wood*<br>*(by DDW with permission)*<br>Jonathan Wood<br>3033 Wilson Blvd., Suite 700<br>Arlington, VA  22201<br>Tel:  (202) 888-6881<br>jwood@pacificlegal.com<br><br>Attorney of Record for Plaintiffs | *s/ Davené D. Walker*<br>Davené D. Walker<br>United States Department of Justice<br>Environment and Natural Resources Division<br>Natural Resources Section<br>P.O. Box 7611<br>Washington, DC  20044-7611<br>Tel:  (202) 353-9213<br>Fax:  (202) 305-0506<br>davene.walker@usdoj.gov<br><br>Attorney of Record for Federal Defendants |