UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MASSACHUSETTS LOBSTERMEN'S ASSOCIATION, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.  1:17-cv-406-JEB |
| WILBUR J. ROSS, JR., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**FEDERAL DEFENDANTS' MOTION TO DISMISS**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Federal Defendants move to dismiss Plaintiffs' Complaint.  Plaintiffs fail to state a claim against the President because Congress has granted the President broad discretion to designate a monument on lands owned or controlled by the federal government, and such decisionmaking is not generally subject to judicial review.  Even under a limited facial review of Proclamation 9496, the President complied with the authority granted by the Antiquities Act, so Plaintiffs' claim fails.

Federal Defendants also move to dismiss Plaintiffs' Complaint for a lack of subject matter jurisdiction as to the unripe claims against Defendants Wilbur J. Ross, Secretary of the Department of Commerce, Benjamin Friedman, Deputy Undersecretary for Operations for the National Oceanic and Atmospheric Association, and Ryan Zinke, Secretary of the Department of Interior, and for failing to state any claim at all as to Defendant Jane Doe, Chairman for the Council on Environmental Quality.

This motion is supported by the attached memorandum and other materials attached to or incorporated by reference in the complaint.

Respectfully submitted, this 16th day of April, 2018,

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division

 /s/ Davené D. Walker
Davené D. Walker
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:  202-353-9213
Fax:  202-305-0506
davene.walker@usdoj.gov

Attorneys for Federal Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2018, I electronically filed the foregoing document and its attachments with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all parties.

                                           */s/ Davené D. Walker*
                                           Davené D. Walker
                                           Trial Attorney