UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASSACHUSETTS LOBSTERMEN'S ASSOCIATION, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>WILBUR J. ROSS, Jr., *et al.*,<br><br>　　Defendants. | Civil Action No. 17-406 (JEB) |

**ORDER**

　　For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

　　1.　Defendants' Motion to Dismiss is GRANTED; and

　　2.　The case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *James E. Boasberg*
　　　　　　　　　　　　　　　　　　　　　　　　JAMES E. BOASBERG
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:  October 5, 2018