IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MASSACHUSETTS LOBSTERMEN'S ASSOCIATION, et al., | ) ) ) | No. 1:17-cv-00406-JEB |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| WILBUR J. ROSS, JR., in his official capacity as Secretary of Department of Commerce, et al., | ) ) ) ) | |
| Defendants, | ) ) | |
| NATURAL RESOURCES DEFENSE COUNCIL, et al., | ) ) ) | |
| Defendant-Intervenors. | ) | |

**NOTICE OF APPEAL; CERTIFICATE STATING NO TRANSCRIPT WILL BE ORDERED; REPRESENTATION STATEMENT**

TO THE ABOVE-REFERENCED COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Massachusetts Lobstermen's Association, Atlantic Offshore Lobstermen's Association, Long Island Commercial Fishing Association, Garden State Seafood Association, and Rhode Island Fishermen's Alliance hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the order and opinion of this Court granting the motion to dismiss entered on October 5, 2018 (Dkt. 46 & 47).

## Certificate Stating No Transcript Will Be Ordered

Pursuant to Federal Rule of Appellate Procedure 10(b)(1)(B), Plaintiffs Massachusetts Lobstermen's Association, et al., give notice that no transcript will be ordered for the present appeal.

## Representation Statement

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure, all parties to the action are listed below along with the names, addresses, and telephone numbers of their respective counsel.

**Counsel for Plaintiffs Massachusetts Lobstermen's Association, Atlantic Offshore Lobstermen's Association, Long Island Commercial Fishing Association, Garden State Seafood Association, and Rhode Island Fishermen's Alliance:**

Jonathan Wood
Todd F. Gaziano
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, Virginia 22201-5330
Telephone: (202) 888-6881

Joshua P. Thompson
Damien M. Schiff
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111

**Counsel for Federal Defendants Wilbur J. Ross, Jr., in his official capacity as Secretary of Department of Commerce; Benjamin Friedman, in his official capacity as Deputy Undersecretary for Operations for the National Oceanic and Atmospheric Association; Ryan Zinke, in his official capacity as Secretary of the Department of Interior; Donald J. Trump, in his official capacity as President of the United States; and Jane Doe, in her official capacity as Chairman for the Council on Environmental Quality:**

Jeffrey H. Wood
Acting Assistant Attorney General
Davene D. Walker
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 353-9213


**Counsel for Defendant-Intervenor Natural Resources Defense Council:**

Katherine Desormeau
Ian Fein
Michael E. Wall
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, California 94104
Telephone: (415) 875-6158

Jacqueline M. Iwata
Natural Resources Defense Council
1152 15th Street, N.W., Suite 300
Washington, DC 20005
Telephone: (202) 289-2377

Bradford H. Sewell
Natural Resources Defense Council
40 West 20th Street, 11th Floor
New York, New York 10011
Telephone: (212) 727-4507

**Counsel for Defendant-Intervenor Conservation Law Foundation:**

Peter Shelley
Conservation Law Foundation
62 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 850-1754


**Counsel for Defendant-Intervenors Center for Biological Diversity and R. Zack Klyver:**

Roger Fleming
Earthjustice
1625 Massachusetts Ave., N.W.
Washington, DC 20036
Telephone: (202) 667-4500

DATED: December 3, 2018.

Respectfully submitted:


_____/s Jonathan Wood_____

| | |
|---|---|
| JOSHUA P. THOMPSON | JONATHAN WOOD* |
| Cal. Bar No. 250955 | D.C. Bar No. 1045015 |
| E-mail: jpt@pacificlegal.org | E-mail: jw@pacificlegal.org |
| DAMIEN M. SCHIFF* | TODD F. GAZIANO* |
| Cal. Bar No. 235101 | Tex. Bar No. 07742200 |
| E-mail: dms@pacificlegal.org | E-mail: tfg@pacificlegal.org |
| Pacific Legal Foundation | Pacific Legal Foundation |
| 930 G Street | 3100 Clarendon Blvd., Suite 610 |
| Sacramento, California 95814 | Arlington, Virginia 22201 |
| Telephone: (916) 419-7111 | Telephone: (202) 888-6881 |

*Pro Hac Vice

*Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that on December 3, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Bradford H. Sewell<br>bsewell@nrdc.org | Douglas W. Baruch<br>douglas.baruch@friedfrank.com |
| Michael E. Wall<br>mwall@nrdc.org | Ian Fein<br>ifein@nrdc.org |
| Katherine K. Desormeau<br>kdesormeau@nrdc.org | Jacqueline M. Iwata<br>jiwata@nrdc.org |
| Peter Shelley<br>pshelley@clf.org | Davene Dashawn Walker<br>davene.walker@usdoj.gov |
| Roger M. Fleming<br>rfleming@earthjustice.org | Daniel E. Alberti<br>dalberti@mwe.com |

I further certify that one of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, to the following non-CM/ECF participant:

David Q. Gacioch
McDermott, Will & Emery LLP
28 State Street
Boston, MA 02109

s/ Jonathan Wood
JONATHAN WOOD